# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martinez, Lourdes A. | U.S. District Court, NM | 05/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U. S. Courthouse
100 North Church Street
Las Cruces, New Mexico 88001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. SINCE 2003 | PUBLIC EMPLOYEES RETIREMENT ASSOC AND JUDICIAL RETIREMENT PLANS, FOR THE STATE OF NEW MEXICO, PAYABLE WHEN EMPLOYEE OBTAINS THE AGE OF 64 YEARS; NO CONTROL |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | SPOUSE IS A MEMBER OWNER OF A CLOSED LAW FIRM ▮▮▮▮ - FIRM IS WINDING DOWN |
| 2. 2015 | SPOUSE IS A MEMBER/ATTORNEY OF A LAW FIRM ▮▮▮▮ - SALARY IS PAID TO SPOUSE AS WELL AS DISTRIBUTIONS AND RETIREMENT CONTRIBUTIONS |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ▮▮▮▮ | 01/01/15 TO 12/31/15 | NEW MEXICO | SUPPLIES AND MILEAGE IN CONNECTION WITH LAW FIRM BUSINESS | PERSONAL AUTO MILEAGE REIMBURSEMENT-PAID AT IRS MILEAGE RATES; SUPPLIES ARE REIMBURSED AT COST |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIRST NATIONAL RIO GRANDE, LAS CRUCES NM (SEE NOTE IN PART VIII) | MORTGAGE ON COMMERCIAL PROPERTY HELD IN PARTNERSHIP | L |
| 2. | MISCELLANEOUS VENDORS, IRS & STATE OF NEW MEXICO | PAYROLL RELATED TAXES; ACCTS PAYABLE & NEW MEXICO STATE SALES TAX ( ALL CURRENT | K |
| 3. | MISCELLANEOUS VENDORS, AND STATE OF NEW MEXICO | ACCTS PAYABLE & NEW MEXICO STATE SALES TAX - ALL CURRENT | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▒▒▒▒ BUILDING PARTNERSHIP-25% OWNERSHIP (H) | | | | | | | | | 2014-1 ENTITY NAME |
| 2. -a) Commercial Building Dona Ana County, NM ▒▒▒ | E | Rent | L | W | | | | | 2014-2 |
| 3. -b) Cash and other misc assets ▒▒ Building Partnership) | A | Interest | J | U | | | | | 2014-3 |
| 4. ▒▒▒▒ 16.67% OWNERSHIP (H) | | | | | | | | | 2014-4 ENTITY NAME |
| 5. -a) cash other misc assets | | | J | U | | | | | 2014-5 |
| 6. -b) accounts receivable | A | None | J | U | | | | | 2014-6 |
| 7. ▒▒▒▒ | | | | | | | | | 2014-7 ENTITY NAME |
| 8. -a) cash, furniture and equip and other misc assets | | | K | U | | | | | 2014-8 |
| 9. -b) accounts receivable | E | Distribution | K | U | | | | | 2014-9 |
| 10. US BANK/CHECKING ACCOUNT- #1 | A | Interest | K | T | | | | | 2014-10 |
| 11. US BANK/CHECKING-SAVINGS ACCOUNT- #2 | A | Interest | M | T | | | | | 2014-11 |
| 12. STATE OF NEW MEXICO PUBLIC EMPLOYEE RETIREMENT (PERA) | E | Int./Div. | M | T | Distributed (part) | 12/31/15 | K | | 2014-12"ACCOUNT MANAGER" |
| 13. NM STATE DEFERRED COMPENSATION ACCOUNT (IRC CODE 457) (H): | | | | | | | | | 2014-13 "ACCOUNT MANAGER" |
| 14. -a) State of New Mexico Public Employees-Stable Value Fund | A | Dividend | J | T | | | | | 2014-15 |
| 15. -b) T Rowe Price-Mid-Cap Growth Fund | A | Dividend | J | T | | | | | 2014-16 |
| 16. -c) Oakmark Equity and Income Fund I | A | Dividend | J | T | | | | | 2014-17 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.  -d) Vanguard Inst Indx Inst | A | Dividend | J | T | | | | | 2014-18 |
| 18.  e) Fidelity Diversified International K | A | Dividend | J | T | | | | | 2014-19 |
| 19.  MINNESOTA LIFE, VAR ADJ LIFE INSURANCE - CASH SUR VALUE #1: (H) | | | | | | | | | 2014-20 "ACCOUNT MANAGER" |
| 20.  -a) SFT-Bond Fund C-2 (Life ins #1) | A | Dividend | J | T | | | | | 2014-21 NAME CHANGE |
| 21.  -b) IVY VIP International Core (Life ins #1) | A | Dividend | J | T | | | | | 2014-23 NAME CHANGE |
| 22.  -c) IVY VIP Value Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2014-25 |
| 23.  -d) SFT IVY Growth (Life ins #1) | A | Dividend | J | T | | | | | 2014-26 |
| 24.  -e) SFT IVY Small Cap (Life ins #1) | A | Dividend | J | T | | | | | 2014-27 |
| 25.  MINNESOTA LIFE, VAR ADJ LIFE INSURANCE (LP) - CASH SUR VALUE #2: (H) | | | | | | | | | 2014-28 "ACCOUNT MANAGER" |
| 26.  -a) SFT Ivy Bond C-2 (Life ins #2) | A | Dividend | J | T | | | | | 2014-29 NAME CHANGE |
| 27.  -b) IVY VIP International Core (Life ins #2) | A | Dividend | J | T | | | | | 2014-31 NAME CHANGE |
| 28.  -c) IVY VIP Core Equity (Life ins #2) | A | Dividend | J | T | | | | | 2014-32 |
| 29.  -d) IVY VIP Mid Cap Growth Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2014-33 |
| 30.  -e) SFT IVY Growth (Life ins #2) | A | Dividend | J | T | | | | | 2014-34 |
| 31.  IRA #1 - MERRILL LYNCH, as follows: (H) | | | | | | | | | 2014-40 "ACCOUNT MANAGER" |
| 32.  -a) Blackrock Global - Allocation Fund Inc C (IRA #1) | A | Dividend | J | T | Sold (part) | 02/09/15 | J | A | 2014-41 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. -b) Loomis Sayles Strategic-Income Fund Class C (IRA #1) | A | Dividend | J | T | | | | | 2014-42 |
| 34. -c) VOYA GOLDEN SELECT PREMIUM PLUS (IRA #1) as follows: (H) | | | | | | | | | 2014-43 "ACCOUNT MANAGER" |
| 35. -1) VY T Rowe Price-Capital Appreciation S (IRA #1) | A | Dividend | J | T | | | | | 2014-44 NAME CHANGE |
| 36. -2) VY T Rowe Price - International Stock (S) (IRA #1) | A | Dividend | J | T | | | | | 2014-45 NAME CHANGE |
| 37. -3) VOYA Mid Cap Opportunities Portfolio (IRA #1) | A | Dividend | J | T | | | | | 2014-46 NAME CHANGE |
| 38. -4) VY FMR Diversified Mid Cap Portfolio S (IRA #1) | A | Dividend | J | T | | | | | 2014-47 NAME CHANGE |
| 39. -5) VOYA - Liquid Assets Portfolio (s) (IRA #1) | A | Dividend | J | T | | | | | 2014-48 NAME CHANGE |
| 40. -6) VOYA Russell Mid Cap Growth Index Port (IRA #1) | A | Dividend | J | T | | | | | 2014-49 |
| 41. -7) VOYA Large Cap Value Portfolio Class S (IRA #1) | A | Dividend | J | T | | | | | 2014-50 |
| 42. IRA #2 - MERRILL LYNCH, as follows: (H) | | | | | | | | | 2014-51 "ACCOUNT MANAGER" |
| 43. -a) Blackrock Global-Allocation Fund Inc C (IRA #2) | A | Dividend | J | T | Sold (part) | 02/09/15 | J | A | 2014-52 |
| 44. -b) Loomis Sayles Strategic-Income Fund Class C (IRA #2) | A | Dividend | J | T | | | | | 2014-53 |
| 45. -c) Templeton Foreign Fund-Class A (IRA #2) | A | Dividend | J | T | | | | | 2014-54 |
| 46. -d) VOYAGOLDEN SELECT PREMIUM PLUS (IRA #2) as follows:(H) | | | | | | | | | 2014-55 "ACCOUNT MANAGER" |
| 47. -1) VY FMR Diversified Mid Cap Portfolio (S) (IRA #2) | A | Dividend | J | T | | | | | 2014-56 NAME CHANGE |
| 48. -2) VOYA Mid Cap Opportunities Portfolio (S) (IRA #2) | A | Dividend | J | T | | | | | 2014-57 NAME CHANE |
| 49. -3) VY T Rowe Price - Capital Appreciation (S) (IRA #2) | A | Dividend | J | T | | | | | 2014-58 NAME CHANGE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 50. -4) VY T Rowe Price International Stock (S) (IRA #2) | A | Dividend | J | T | | | | | 2014-59 NAME CHANGE |
| 51. -5) VOYA Russell Mid Cap Growth Index Port (S) (IRA #2) | A | Dividend | J | T | | | | | 2014-60 NAME CHANGE |
| 52. -6) VOYA Large Cap Value Portfolio - Class S (IRA #2) | A | Dividend | J | T | | | | | 2014-61 |
| 53. IRA #3 - ROLL-OVER ACCOUNT, VOYA ANNUITY & LIFE INS CO:(H) | | | | | | | | | 2014-62 "ACCOUNT MANAGER" |
| 54. -a) VOYA Annuity & Life Ins Co - USG Multibuilder (IRA #3) | B | Interest | K | T | | | | | 2014-63 |
| 55. IRA #4 - FIDELITY - SIMPLE IRA as follows: (H) | | | | | | | | | 2014-64 ACCOUNT MANGER |
| 56. -a) Fidelity Adv Financial Services Cl C (IRA #4) | A | Dividend | K | T | | | | | 2014-65 |
| 57. -b) Fidelity Adv Health Care Cl C (IRA #4) | A | Dividend | L | T | | | | | 2014-66 |
| 58. -c) Fidelity Adv Equity Income Cl C (IRA #4) | A | Dividend | K | T | | | | | 2014-67 |
| 59. -d) Fidelity Adv Dividend Growth FD Cl C (IRA #4) | A | Dividend | K | T | | | | | 2014-68 NAME CHANGE |
| 60. -e) Fidelity Adv Freedom 2025-CLC (IRA #4) | A | Dividend | K | T | | | | | 2014-69 NAME CHANGE |
| 61. Royalty interest Well-KAISER-FRANCIS OIL CO Oklahoma | A | Royalty | J | W | | | | | 2014-70 DESCRIPTION CHANGE |
| 62. Royality interest in Oil well - Breck Operating Corp Oklahoma | A | Royalty | J | W | | | | | 2014-71 DESCRIPTION CHANGE |
| 63. 10% Interest in 300 acres, Durango, CO USA | | | K | W | | | | | 2014-72 DESCRIPTION CHANGE |
| 64. Kinder Morgan, Inc - Assignment of rents | A | Rent | K | W | | | | | 2014-73 NAME CHANGE |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VI: LIABILITIES:

LINE 1 - THIS IS THE SPOUSE'S PARTNERSHIP LIABILITY FOR THE FIRST MORTGAGE ON A COMMERCIAL BUILDING. THE AMOUNT IS THE ENTIRE CONTINGENT LIABILITY FOR THE LOAN. THE 25% OWNERSHIP OF THE PARTNERSHIP INTEREST IS REPORTED ON PART VII LINE 1.

LINE 2 - THIS IS THE SPOUSE'S SOLELY OWNED COMPANY - LIABILITY FOR VENDORS, PAYROLL TAXES AND SALES TAXES. THE OWNERSHIP OF THE LLC INTEREST IS REPORTED ON PART VII LINE 7

LINE 3 - THIS IS THE SPOUSE'S PARTIALLY OWNED COMPANY - THE COMPANY REMAINS OPEN TO PAY CONTINGENT LIABILITIES AND MALPRACTICE INSURANCE. THE OWNERSHIP OF THE LLC INTEREST IS REPORTED ON PART VII LINE 4.

PART VII: INVESTMENTS AND TRUSTS:

EACH ASSET IS CROSS REFERENCED TO THE PREVIOUS YEAR (2014) AND THEN THE LINE NUMBER THAT IT WAS REPORTED ON IN THE PREVIOUS YEAR'S REPORT.

LINE 4 - SPOUSE OWNS MEMBER UNITS IN A CLOSELY HELD CLOSED LAW FIRM WHICH NO LONGER EMPLOYS HIM. SPOUSE MAINTAINED AN EQUITY INTEREST AT THE END OF THE YEAR. COMPANY IS WINDING DOWN.

LINE 7, 8, & 9 - SPOUSE OWNS ALL THE MEMBER UNITS IN A CLOSELY HELD LAW FIRM WHICH EMPLOYS HIM. SPOUSE MAINTAINED A 100% EQUITY INTEREST AT THE END OF THE YEAR.

LINE 12 - THIS IS A MANDATORY RETIREMENT SYSTEM FOR THE STATE OF NEW MEXICO, SEE PART 2, LINE 1 NO CONTRIBUTIONS WERE MADE IN THE CALENDAR YEAR 2015; THIS IS A DEFINED BENEFIT PLAN AND DISTRIBTIONS STARTED IN 2014.

LINE 31, 42, 53, 55 - IRA INVESTMENTS HAVE BEEN BROKEN OUT INTO EACH SPOUSE'S SEPARATE CUSTODIAL ACCOUNTS.

LINE 55 - THIS IS AN ACTIVE SIMPLE PLAN MAINTAINED IN CONNECTION WITH SPOUSE'S EMPLOYMENT, ANNUAL CONTRIBUTIONS ARE MADE AND ALLOCATED TO INDIVIDUAL ACCOUNT FUNDS.

LINE 61 - THIS IS AN INHERITED (BY THE SPOUSE) 1/3 INTEREST IN A "ROYALITY INTEREST" OIL WELL INVESTMENT WITH KAISER-FRANCIS OIL COMPANY. THE OWNERSHIP INTEREST IS A BENEFICIAL INTEREST IN A DECEDENT'S ESTATE TRUST AND TITLE HAS NOT PASSED TO THE BENEFICIARY. THE EQUITY INTEREST IS ESTIMATED TO BE VALUED AT NOT OVER $1,000.00.

LINE 62 - THIS IS AN INHERITED (BY THE SPOUSE) 1/3 INTEREST IN A "ROYALITY INTEREST" OIL WELL WITH THE BRECK OPERATING COMPANY. TITLE HAS NOT BEEN TRANSFERRED TO SPOUSE. THE OWNERSHIP INTEREST IS A BENEFICIAL INTEREST IN A DECEDENT'S ESTATE TRUST AND TITLE HAS NOT PASSED TO THE BENEFICIARY. THE EQUITY INTEREST IS PROBABLY NOT VALUED AT OVER $1,000.00.

LINE 64 - THIS ASSET REPRESENTS THE PURCHASE OF CERTAIN "OLD" ACCOUNT RECEIVABLES FROM THE SPOUSE'S OLD LAW FIRMS OF ███████████ THAT WERE PURCHASED DURING THE WINDING DOWN PROCESS OF THOSE COMPANIES. THE LAST UNPAID ACCOUNT HAS ASSIGNED THEIR INTEREST IN A RENTAL PROPERTY AND PAYMENT OF RENTS OF APPROXIMATELY $695 AS AN ANNUAL PAYMENT FOR A INDEFINTE PERIOD OF TIME AS PAYMENT OF THIS ACCOUNT RECEIVABLE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lourdes A. Martinez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544